IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-145

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| MARTIN FITZGERALD HOPKINS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for an investigation of the Mecklenburg County Jail regarding his inmate trust account. (Doc. No. 28).

The defendant has pled guilty to possessing a firearm as a convicted felon and is awaiting sentencing. (Doc. No. 19: Acceptance and Entry of Guilty Plea). The defendant states that, while he has been detained, his inmate trust account has been improperly debited and seeks an investigation of the jail. (Doc. No. 28 at 2-3).

Title 18, United States Code, Section 3142(i) allows a court to direct a defendant into the custody of the Attorney General for confinement in a corrections facility, and to direct that the person be afforded reasonable opportunity to consult with counsel. The statute does not provide the Court authority in a criminal case to oversee the financial affairs of the corrections facility holding a pretrial detainee.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to counsel for the defendant, to the United States Attorney, and the United States Marshals Service.

Signed: June 25, 2012

Robert J. Conrad, Jr.
Chief United States District Judge